HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA DC BN # 90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JUAN AVILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JUAN AVILA,<br><br>  Defendant. | Case No. 1:24-cr-00053-JLT<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER**<br><br>Date:  May 14, 2025<br>Time:  2:00 p.m.<br>Judge: Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Lisa N. Lumeya, counsel for Juan Avila, that the Court may continue the status conference currently scheduled for May 14, 2025, at 2:00 p.m. to July 14, 2025, at 2:00 p.m. before the duty Magistrate Judge.

On February 12, 2025, Mr. Avila was arraigned on a supervised release petition alleging a new law violation. ECF No. 7. At that hearing, Mr. Avila was ordered released pending resolution of the matter and placed on the previously imposed conditions with the addition of a third party custodian. The Court scheduled a status conference for May 14, 2025.

The parties now move to continue the status conference until July 14, 2025. Mr. Avila has remained out of custody without issue and recently welcomed the birth of his first-born child. The new law violation alleged in the petition arises from a pending criminal case in Clark County,

1  Washington.  Given that the underlying case remains pending, the parties in this matter and Mr.
2  Avila's Probation Officer agree that continuing the status conference would allow for a more
3  effective hearing and a better use of this Court's resources.
4  　　　　Accordingly, the parties respectfully request that the status conference be continued to July
5  14, 2025, at 2:00 p.m., and that Mr. Avila remain subject to the conditions imposed on February
6  12, 2025, *see* ECF No. 9.
7  　　　　No exclusion of time is necessary as this matter concerns an alleged violation of supervised
8  release.
9  　　　　IT IS SO STIPULATED.

Respectfully submitted,

MICHELLE BECKWITH
Acting United States Attorney

Date: May 9, 2025

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 9, 2025

*/s/ Lisa Ndembu Lumeya*
Lisa N. Lumeya
Assistant Federal Defender
Attorney for Defendant
JUAN AVILA

**ORDER**

IT IS SO ORDERED. The status conference currently scheduled for May 14, 2025, at 2:00 p.m. is continued to **July 14, 2025, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**. Mr. Avila is ordered to remain released subject to the same conditions as this Court's Order dated February 12, 2025.

IT IS SO ORDERED.

Dated:  **May 12, 2025**                        /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE