HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA DC BN # 90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Counsel for Defendant
JUAN C. AVILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN C. AVILA,<br><br>Defendant. | Case No. 1:24-cr-00053-JLT<br><br>STIPULATION TO TERMS OF TEMPORARY RELEASE; ORDER<br><br>Date:  July 18, 2025<br>Time:  2:00 p.m.<br>Judge: Hon. Erica P. Grosjean |

      In response to this Court's Order, the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Lisa N. Lumeya, counsel for Juan Carlos Avila, provide the following stipulation with proposed terms of temporary release.  *See* ECF No. 20.

      If this Court grants Mr. Avila's motion for temporary release to appear at his scheduled state court hearing, Mr. Avila's third-party custodian, Ms. Barbara Gutierrez, has made the necessary arrangements to closely accompany him throughout the approved travel.  In addition to confirming childcare, Ms. Guiterrez has also secured a vehicle and booked a hotel room.  The parties propose Mr. Avila be temporarily released from the Central Valley Annex into Ms. Gutierrez's custody on Monday, July 21, 2025.  Ms. Gutierrez is prepared to transport Mr. Avila from Central Valley Annex, located at 254 Taylor Avenue, McFarland, California, 93250, to the Clark County District Court, located at 1200 Franklin Street, Vancouver, Washington, 98660.  The

Clark County District Court is located about 850 miles from the Central Valley Annex, and the estimated travel time by car is at least about thirteen hours. Ms. Gutierrez has rented one hotel room for her and Mr. Avila to share from Tuesday, July 22, to Wednesday, July 23. On Wednesday, July 23, Ms. Gutierrez would accompany Mr. Avila to his scheduled court appearance at 1:30 p.m. at the Clark County District Court. At the conclusion of his case-related proceedings, Ms. Gutierrez would then immediately accompany Mr. Avila back to the Central Valley Annex to return by Friday, July 25, 2025.

    Accordingly, the parties respectfully request that proposed terms be imposed.

Respectfully submitted,

KIMBERLY A. SANCHEZ
Acting United States Attorney

Date: July 18, 2025           */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 18, 2025           */s/ Lisa Ndembu Lumeya*
Lisa N. Lumeya
Assistant Federal Defender
Attorney for Defendant
JUAN AVILA

**ORDER**

Upon consideration of Defendant Juan Carlos Avila's (USMS No. 18650-032) motion for temporary release, IT IS HEREBY ORDERED that the motion is GRANTED. Mr. Avila shall be released from Central Valley Annex to the custody of his third-party custodian, Barbara Gutierrez, at 8:00 a.m. on Monday, July 21, 2025. Ms. Gutierrez shall transport and closely accompany Mr. Avila to his court appearance at 1:30 p.m. at Clark County District Court, located at 1200 Franklin Street, Vancouver, Washington, 98660. Immediately following the conclusion of his case-related proceedings, Ms. Gutierrez will transport and return Mr. Avila directly to the Central Valley Annex by Friday, July, 25, 2025.

While on temporary release, Mr. Avila is ordered to obey all laws and imposed conditions, and remain at all times in the presence of Ms. Gutierrez.

IT IS SO ORDERED.

Dated: **July 18, 2025**         /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE

Avila – Stipulation to Terms of Temporary Release         3